STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the eleventh day of January, 2016.

Present: Rita B. Garman, Chief Justice
Justice Charles E. Freeman        Justice Robert R. Thomas
Justice Thomas L. Kilbride        Justice Lloyd A. Karmeier
Justice Anne M. Burke             Justice Mary Jane Theis

---

On the twenty-first day of January, 2016, the Supreme Court entered the following judgment:

In re:

M.R.27709

Herbert Edgar McMeen                                    Attorney
Ridgeway McMeen & Bleyer                                Registration and
P.O. Box 817, 18 S. 10th Street                         Disciplinary
Murphysboro, IL  62966-0817                             Commission
                                                        2015PR00018

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Herbert Edgar McMeen is suspended from the practice of law for two (2) years and until further order of the Court and required to pay restitution in the amount of $4,693.67 to LaDonna Holder as a condition of any reinstatement.

Order entered by the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court, this twenty-first day of January, 2016.

*Carolyn Toft Grosboll*
Clerk,
Supreme Court of the State of Illinois